Nov 6 ~~October 28~~, 2026

RECEIVED
SDNY PRO SE OFFICE
2026 NOV -6 PM 2:17

**VIA ECF**

Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Lawrence S. Smith, No. 23 Cr. 553 (LJL)**
**Letter Motion Requesting Grant of Pending Motion**

Dear Judge Liman:

Pursuant to the Court's direction, Defendant Lawrence S. Smith respectfully requests that the Court grant his previously filed Motion for Early Termination of Supervised Release, docketed at ECF No. 4, and enter the proposed order attached as Exhibit A.

Mr. Smith incorporates by reference the factual showing, legal arguments, and supporting materials submitted with his pending motion. For the reasons stated in that motion, he respectfully requests that the Court exercise its authority under 18 U.S.C. § 3583(e)(1) to terminate the remainder of his supervised-release term and discharge him from further supervision, effective upon entry of the Court's order.

Mr. Smith does not seek any reduction, remission, or discharge of restitution. The proposed order expressly preserves the restitution judgment, the unpaid restitution balance, and all existing court-ordered restitution payment obligations, together with their lawful enforcement.

Accordingly, Mr. Smith respectfully requests that the Court grant the pending motion and enter the attached proposed order.

Respectfully submitted,

Lawrence S. Smith, pro se
221 E 2nd Street, 2F
NY, NY 10009
Smithlawrence049@gmail.com
929-408-9964

Enclosure: Exhibit A — Proposed Order

**EXHIBIT A**

SDNY PRO SE OFFICE
2026 NOV -6 PM 2: 17

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

v.

LAWRENCE S. SMITH,
Defendant.

No. 23 Cr. 553 (LJL)

## [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

Upon consideration of Defendant Lawrence S. Smith's motion for early termination of supervised release (ECF No. 4,) the supporting submissions, the record in this matter, and the applicable factors set forth in 18 U.S.C. § 3553(a) and incorporated by 18 U.S.C. § 3583(e), the Court finds that Defendant has completed more than one year of supervised release and that early termination is warranted by his conduct and the interest of justice. Accordingly, it is hereby ORDERED that:

1. Defendant's motion for early termination of supervised release is GRANTED.
2. Pursuant to 18 U.S.C. § 3583(e)(1), Defendant's remaining term of supervised release is TERMINATED, effective upon entry of this Order, and Defendant is discharged from further supervision in this case.
3. The restitution judgment, any unpaid restitution balance, and all existing court-ordered restitution payment obligations remain in full force and effect. Nothing in this Order remits, reduces, discharges, or otherwise modifies those obligations or limits their lawful enforcement.
4. Except as expressly provided in this Order, all other provisions of the judgment remain unchanged.
5. The Clerk of Court is respectfully directed to terminate the pending motion at ECF No. 4 and provide a copy of this Order to the United States Probation Office.

**SO ORDERED.**

Dated: __________________, 20___
New York, New York

____________________________
LEWIS J. LIMAN
United States District Judge